UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARVIN A. SEWELL,

Plaintiff,

v.

FRANKLIN CREDIT MANAGEMENT CORPORATION, et al.,

Defendants.

No. 2:24-cv-01788-TLN-SCR

**ORDER**

Plaintiff is proceeding pro se in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). Presently before the Court is Defendants' Motion to Dismiss (ECF No. 47) and Motion to Expunge *Lis Pendens* (ECF No. 48).

On June 25, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 61.) Plaintiff filed objections to the findings and recommendations which the Court has considered herein. (ECF No. 64.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 25, 2026 are adopted in full; and

2. Defendants' Motion to Dismiss (ECF No. 47) is:

A. GRANTED as to the second, fifth, sixth, seventh, ninth, and tenth causes of action WITHOUT LEAVE TO AMEND; and

B. DENIED as to the first, third, fourth, eighth, and eleventh causes of action.

3. Defendants' Motion to Expunge *Lis Pendens* (ECF No. 48) is GRANTED.

IT IS SO ORDERED.

DATE: August 4, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE